IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Perry Parker, <br><br> Plaintiff, <br> vs. <br><br> Lori Johnson , et al., <br><br> Defendants. | No. CV-17-02904-PHX-SPL (ESW) <br><br> **ORDER** |

Plaintiff Perry Parker, who is confined in the Arizona State Prison Complex, Cibola Unit, in San Luis, Arizona, has filed a pro se civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). The Honorable Eileen S. Willett, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 22), recommending the Court dismiss without prejudice Defendant Lynn from Plaintiff's Complaint (Doc. 1) for failure to serve pursuant to Federal Rule of Civil Procedure 4(m). Judge Willett advised the parties that they had fourteen (14) days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. (Doc. 22) (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must

determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will dismiss Plaintiff's Complaint as to Defendant Lynn without prejudice for failure to timely serve pursuant to Federal Rule of Civil Procedure 4(m). *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED** that Magistrate Judge Eileen S. Willett's Report and Recommendation (Doc. 22) is **accepted** and **adopted** by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint as to Defendant Lynn is **dismissed without prejudice** for failure to timely serve pursuant to Federal Rule of Civil Procedure 4(m).

Dated this 31st day of August, 2018.

Honorable Steven P. Logan
United States District Judge